**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**41-23 HAIGHT REALTY INC., a/k/a 41-23 HAIGHT STREET REALTY, INC.,**<br><br>**Debtor.** | **Chapter 11**<br><br>**No. 19-43441-nhl**<br><br>**Hon. Nancy Hershey Lord** |
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF 41-23 HAIGHT REALTY INC., a/k/a 41-23 HAIGHT STREET REALTY, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DONGMEI LI,**<br><br>**Defendant.** | **Adv. Pro. No. 21-01152-nhl** |

**STIPULATION OF DISMISSAL**

Plaintiff the Official Committee of Unsecured Creditors (the "Committee"), of 41-23 Haight Realty Inc., a/k/a 41-23 Haight Street Realty, Inc. ("Haight Realty" or, the "Debtor"), and defendant DONGMEI LI, each by and through their undersigned counsel, hereby stipulate and agree, pursuant to rule 41(a)(1)(A)(ii) made applicable to this adversary proceeding pursuant to rule 7041 of the Federal Rules of Bankruptcy Procedure, that the above-captioned adversary proceeding is dismissed with prejudice and without costs.

DATED: January 31, 2025

**GLEICHENHAUS, MARCHESE & WEISHAAR PC**

/s/ Scott J. Bogucki

Scott J. Bogucki, Esq.
*Counsel to Plaintiff, Official Committee of Unsecured Creditors of 41-23 Haight Realty Inc., a/k/a 41-23 Haight Street Realty, Inc.*
43 Court Street, Suite 930
Buffalo, New York 14202
Tel. 716/ 845-6446
SBogucki@gmwlawyers.com

**KEVIN KERVENG TUNG, P.C.**

/s/ Kevin Kerveng Tung

Kevin Kerveng Tung, Esq.
*Counsel to Defendant, Dongmei Li*
136-20 38th Avenue
Flushing, New York 11354
Tel. 718/ 939-4633
KTung@KKTLawFirm.com